In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-017 CR


____________________



CHARLES OKWUDI, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 76173






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Charles Okwudi, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and filed by his attorney of record, Michael D. Papania. No opinion has issued
in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM

Opinion Delivered February 19, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.